# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STATE OF CALIFORNIA, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAI'I, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, STATE OF WISCONSIN, CITY OF CHICAGO, CITY OF LOS ANGELES, and CITY OF NEW YORK,

*Petitioners,*

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in his official capacity as Chief Counsel and Acting Administrator of the National Highway Traffic Safety Administration; and SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation,

*Respondents.*

Case No. 25-



## PETITION FOR REVIEW

Pursuant to Federal Rule of Appellate Procedure 15(a), Circuit Rule 15, and the Energy Policy and Conservation Act, 49 U.S.C. § 32909(a), the States of

California, Arizona, Colorado, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Minnesota, New Jersey, New Mexico, New York, Oregon, Rhode Island, Washington, and Wisconsin, the Commonwealth of Massachusetts, the District of Columbia, and the Cities of Chicago, Los Angeles and New York petition this Court to review the National Highway Traffic Safety Administration's final rule titled "Resetting the Corporate Average Fuel Economy Program," published at 90 Fed. Reg. 24,518 (Jun. 11, 2025).

Dated:      June 20, 2025                                  Respectfully submitted,

FOR THE COMMONWEALTH OF MASSACHUSETTS

ANDREA JOY CAMPBELL
Attorney General

/s/ Seth Schofield
SETH SCHOFIELD
Senior Appellate Counsel
JON WHITNEY
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

FOR THE STATE OF CALIFORNIA

ROB BONTA
Attorney General

EVAN EICKMEYER
Acting Senior Asst. Attorneys General
DENNIS L. BECK, JR.
Acting Senior Asst. Attorney General
MYUNG J. PARK
Supervising Deputy Attorney General
ROBERT SWANSON
Acting Supervising Deputy Attorney General

/s/ Theodore A. McCombs
THEODORE A. MCCOMBS
DAVID ZAFT
Deputy Attorneys General
(619) 738-9003
theodore.mccombs@doj.ca.gov

FOR THE STATE OF ARIZONA

KRISTIN K. MAYES
Attorney General

/s/ *Andy McCoy*
ANDY MCCOY
Environmental Protection Unit
Office of the Attorney General for the State of Arizona
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 515-1392
andy.mccoy@azag.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

MATTHEW I. LEVINE
Deputy Associate Attorney General

/s/ *Scott N. Koschwitz*
SCOTT N. KOSCHWITZ
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
(860) 808-5250
scott.koschwitz@ct.gov

FOR THE STATE OF COLORADO

PHILIP J. WEISER
Attorney General

/s/ *Carrie Noteboom*
CARRIE NOTEBOOM
Assistant Deputy Attorney General
Colorado Department of Law
Natural Resources and Environment Section
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6528
carrie.noteboom@coag.gov

FOR THE STATE OF DELAWARE
KATHLEEN JENNINGS
Attorney General

/s/ *Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

| FOR THE DISTRICT OF COLUMBIA | FOR THE STATE OF HAWAI'I |
|---|---|
| BRIAN L. SCHWALB<br>Attorney General | ANNE E. LOPEZ<br>Attorney General |
| /s/ Caroline S. Van Zile<br>CAROLINE S. VAN ZILE<br>Solicitor General<br>Office of the Attorney General for the District of Columbia<br>400 6th Street N.W., Suite 8100<br>Washington, D.C. 20001<br>(202) 724-6609<br>caroline.vanzile@dc.gov | /s/ Lyle T. Leonard<br>LYLE T. LEONARD<br>Deputy Attorney General<br>465 S. King Street, #200<br>Honolulu, Hawaii 96813<br>(808) 587-3050<br>lyle.t.leonard@hawaii.gov |
| FOR THE STATE OF ILLINOIS | FOR THE STATE OF MAINE |
| KWAME RAOUL<br>Attorney General | AARON M. FREY<br>Attorney General |
| /s/ Jason E. James<br>JASON E. JAMES<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>Office of the Attorney General<br>201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>(217) 843-0322<br>jason.james@ilag.gov | /s/ Emma Akrawi<br>EMMA AKRAWI<br>Assistant Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8800<br>Emma.Akrawi@maine.gov |

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
Attorney General

/s/ Michael F. Strande
MICHAEL F. STRANDE
Assistant Attorney General
Maryland Dept. of the Environment
1800 Washington Blvd.
Baltimore, MD 21230
(410) 537-3421
Michael.Strande@maryland.gov

STEVEN J. GOLDSTEIN
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

FOR THE STATE OF MINNESOTA

KEITH ELLISON
Attorney General

/s/ Peter Surdo
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2127
(651) 757-1061
peter.surdo@ag.state.mn.us

FOR THE STATE OF NEW JERSEY

MATTHEW J. PLATKIN
Attorney General

/s/ Nell Hryshko
NELL HRYSHKO
Deputy Attorney General
Division of Law
25 Market St., P.O. Box 093
Trenton, NJ 08625
(609) 376-2735
nell.hryshko@law.njoag.gov

FOR THE STATE OF NEW MEXICO

RAÚL TORREZ
ATTORNEY GENERAL

/s/ William Grantham
William Grantham
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

5

<div style="column-count:2">

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
YUEH-RU CHU
Chief, Affirmative Litigation Section
Environmental Protection Bureau

/s/ Ashley M. Gregor
ASHLEY M. GREGOR
Assistant Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

/s/ Nicholas M. Vaz
NICHOLAS M. VAZ
Special Assistant Attorney General
Environment and Energy Unit Chief
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

FOR THE STATE OF OREGON

DAN RAYFIELD
Attorney General

/s/ Paul Garrahan
PAUL GARRAHAN
Attorney-in-Charge, Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
Attorney General

/s/ Alexandria Doolittle
ALEXANDRIA K. DOOLITTLE
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

</div>

| FOR THE STATE OF WISCONSIN | FOR THE CITY OF CHICAGO |
|---|---|
| JOSHUA L. KAUL<br>Attorney General | MARY B. RICHARDSON-LOWRY<br>Corporation Counsel |
| */s/ Gabe Johnson-Karp*<br>GABE JOHNSON-KARP<br>JENNIFER S. LIMBACH<br>Assistant Attorneys General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 267-8904<br>(608) 266-8940<br>Gabe.Johnson-Karp@wisdoj.gov<br>Jennifer.Limbach@wisdoj.gov | */s/ Myriam Zreczny Kasper*<br>MYRIAM ZRECZNY KASPER<br>Deputy Corporation Counsel –<br>Appeals Division<br>City of Chicago Law Department<br>2 North LaSalle Street, Suite 540<br>Chicago, IL 60602<br>(312) 744-3564<br>Myriam.Kasper@cityofchicago.org |
| FOR THE CITY OF LOS ANGELES | FOR THE CITY OF NEW YORK |
| HYDEE FELDSTEIN SOTO<br>Los Angeles City Attorney | MURIEL GOODE-TRUFANT<br>CORPORATION COUNSEL |
| */s/ Jessica B. Brown*<br>Jessica B. Brown<br>Assistant City Attorney<br>Public Rights Branch<br>Office of the Los Angeles City Attorney<br>201 N. Figueroa St., 13th Floor<br>Los Angeles, CA 90012<br>(213) 978-1864<br>Jessica.Brown@lacity.org | ALICE R. BAKER<br>Senior Counsel<br><br>*/s/ Christopher G. King*<br>CHRISTOPHER G. KING<br>Senior Counsel<br>New York City Law Department<br>100 Church Street<br>New York, New York<br>(212) 356-2074<br>cking@law.nyc.gov |