NOTICE TO THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OF MULTICIRCUIT PETITIONS FOR REVIEW



IN RE: NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION,
DEPARTMENT OF TRANSPORTATION,
*RESETTING THE CORPORATE
AVERAGE FUEL ECONOMY PROGRAM,*
90 FED. REG. 24,518 (JUNE 11, 2025)

MCP No. _____

**NOTICE OF MULTICIRCUIT PETITIONS FOR REVIEW**

Pursuant to 28 U.S.C. § 2112(a)(3) and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the National Highway Traffic Safety Administration and the U.S. Department of Transportation hereby notify the Judicial Panel on Multidistrict Litigation of two petitions for review of the same agency interpretive rule. *See Resetting the Corporate Average Fuel Economy Program*, 90 Fed. Reg. 24,518 (June 11, 2025). Petitions for review were filed in two different courts of appeals—the First and District of Columbia Circuits—within ten days after issuance of the rule and received by the agency from the petitioners within the applicable ten-day period. 28 U.S.C. § 2112(a)(1) & (3).

As required by Panel Rule 25.2, we submit with this notice: (1) a schedule listing the petitions for review filed within the relevant courts of appeals; (2) copies of each petition; and (3) the rule the petitioners are challenging. In accordance with Panel Rule 25.3, as indicated in the attached proof of service, respondents are serving this notice on the clerks of the courts where petitions for review have been filed as well as on counsel for all parties in the circuit petitions for review.

Respectfully submitted,

THOMAS PULHAM

/s/ Steven H. Hazel
STEVEN H. HAZEL
*Attorneys, Appellate Staff*
*Civil Division, Room 7217*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-2498*

*Counsel for respondents National Highway Traffic Safety Administration, Peter Simshauser, Department of Transportation, Sean Patrick Duffy*

July 1, 2025

# SCHEDULE REQUIRED BY RULE 25.2 OF THE RULES OF PROCEDURE OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The challenged rule was posted for public inspection on June 10, 2025, and published in the Federal Register on June 11, 2025.

| Case Name | Circuit Court | Case No. | Filing Date | Date Received By Agency |
|---|---|---|---|---|
| City of Chicago, IL; City of Los Angeles; City of New York; Commonwealth of Massachusetts; District of Columbia; State of Arizona, State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; State of Minnesota; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Washington; State of Wisconsin v. United States National Highway Traffic Safety Administration; Peter Simshauser, in his | First Circuit | 25-1595 | 6/20/2025 | 6/20/2025 |

| | | | | |
|---|---|---|---|---|
| official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; Sean Patrick Duffy, in his official capacity as Secretary of the United States Department of Transportation | | | | |
| Center for Biological Diversity; Environmental Defense Fund; Natural Resources Defense Council; Sierra Club v. United States National Highway Traffic Safety Administration; Peter Simshauser, in his official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; Sean Patrick Duffy, in his official capacity as Secretary of the United States Department of Transportation | District of Columbia Circuit | 25-1147 | 6/20/2025 | 6/20/2025 |

THOMAS PULHAM

/s/ Steven H. Hazel
STEVEN H. HAZEL
*Attorneys, Appellate Staff*
*Civil Division, Room 7217*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-2498*

*Counsel for respondents National Highway Traffic Safety Administration, Peter Simshauser, Department of Transportation, Sean Patrick Duffy*

July 1, 2025

# PROOF OF SERVICE

I hereby certify that on July 1, 2025, a copy of the foregoing Notice of Multicircuit Petitions for Review[1] was served by mail or third-party commercial carrier to the following courts:

> Office of the Clerk
> U.S. Court of Appeals for the First Circuit
> U.S. Courthouse
> 1 Courthouse Way, Suite 2500
> Boston, MA 02210
>
> Clifton Cislak
> Clerk of the Court
> U.S. Court of Appeals for the District of Columbia Circuit
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue N.W.
> Washington, DC 20001

Copies of the foregoing were also sent by mail or third-party commercial carrier to the following counsel:

> Myriam Zreczny Kasper
> City of Chicago Dept of Law Appeals Div
> 2 N LaSalle St Ste 580
> Chicago, IL 60602

*Counsel for City of Chicago IL (1st Cir., No. 25-1595)*

> Jessica B. Brown
> Los Angeles City Attorney's Office

---

[1] The service copies sent to the courts of appeals and counsel do not include the attachment of the rule under review.

221 N Figueroa St 10th Fl
Los Angeles, CA 90012

*Counsel for City of Los Angeles (1st Cir., No. 25-1595)*

Christopher G. King
New York City Law Department
100 Church St New York, NY 10007-0000

*Counsel for City of New York (1st Cir., No. 25-1595)*

Andy McCoy
AZ Attorney General's Office
2005 N Central Ave
Phoenix, AZ 85004

*Counsel for State of Arizona (1st Cir., No. 25-1595)*

Theodore McCombs
Office of the Attorney General
600 W Broadway Ste 1800
San Diego, CA 92101

*Counsel for State of California (1st Cir., No. 25-1595)*

Carrie Noteboom
Office of the Attorney General
1300 Broadway 10th Fl
Denver, CO 80203

*Counsel for State of Colorado (1st Cir., No. 25-1595)*

Scott N. Koschwitz
Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106

*Counsel for State of Connecticut (1st Cir., No. 25-1595)*

    Ralph K. Durstein III
    DE Attorney General's Office
    820 N. French St. 6th Fl.
    Wilmington, DE 19801-0000

*Counsel for State of Delaware (1st Cir., No. 25-1595)*

    Caroline S. Van Zile
    DC Office of the Attorney General Ste 8100
    400 6th St NW Washington, DC 20001

*Counsel for District of Columbia (1st Cir., No. 25-1595)*

    Lyle T. Leonard
    #200 465 S. King St
    Honolulu, HI 96813

*Counsel for State of Hawaii (1st Cir., No. 25-1595)*

    Jason E. James
    Office of the Attorney General Ste 7
    201 W Pointe Drive
    Belleville, IL 62226

*Counsel for State of Illinois (1st Cir., No. 25-1595)*

    Emma Akrawi
    ME Attorney General's Office
    6 State House Station
    Augusta, ME 04333-0006
    6 State House Station

*Counsel for State of Maine (1st Cir., No. 25-1595)*

    Michael F. Strande
    1800 Washington Bldv

Baltimore, MD 21230

*Counsel for Maryland (1st Cir., No. 25-1595)*

Seth Schofield
MA Attorney General's Office Energy & Environment
1 Ashburton Pl 20th Fl
Boston, MA 02108-0000

*Counsel for Commonwealth of Massachusetts (1st Cir., No. 25-1595)*

Peter N. Surdo
MN Attorney General's Office
445 Minnesota St Ste 600
St Paul, MN 55101

*Counsel for State of Minnesota (1st Cir., No. 25-1595)*

Nell Hryshko
NJ Attorney General's Office
25 Market St
Trenton, NJ 08625

*Counsel for State of New Jersey (1st Cir., No. 25-1595)*

William Grantham
Office of the Attorney General
408 Galisteo St
Santa Fe, NM

*Counsel for State of New Mexico (1st Cir., No. 25-1595)*

Ashley M. Gregor
NYS Office of the Attorney General
28 Liberty St 23rd Fl
New York, NY 10005

*Counsel for State of New York (1st Cir., No. 25-1595)*

Paul Garrahan
OR Attorney General's Office
1162 Court St NE
Salem, OR 97301-0000

*Counsel for State of Oregon (1st Cir., No. 25-1595)*

Nicholas M. Vaz
RI Attorney General's Office
150 S Main St
Providence, RI 02903-0000

*Counsel for State of Rhode Island (1st Cir., No. 25-1595)*

Alexandria K. Doolittle
WA Attorney General's Office
PO Box 40117
Olympia, WA 98504-0117

*Counsel for State of Washington (1st Cir., No. 25-1595)*

Gabe Johnson-Karp
WI Dept of Justice
17 W Main St PO Box 7857
Madison, WI 53707-7857

*Counsel for State of Wisconsin (1st Cir., No. 25-1595)*

David Pettit
Center for Biological Diversity
2100 Franklin Street Suite 375
Oakland, CA 94612

*Counsel for Center for Biological Diversity (D.C. Cir., No. 25-1147)*

Andrew Philip Su
Environmental Defense Fund

2060 Broadway Suite 300
Boulder, CO 80302

Sean H. Donahue
Donahue, Goldberg & Herzog
1008 Pennsylvania Avenue, SE
Washington, DC 20003

*Counsel for Environmental Defense Fund (D.C. Cir., No. 25-1147)*

Julia Kathryn Forgie
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401

Atid Kimelman
Natural Resources Defense Council
111 Sutter Street 21st Floor
San Francisco, CA 94104-4540

*Counsel for Natural Resources Defense Council (D.C. Cir., No. 25-1147)*

Joshua Aries Berman
Sierra Club
50 F Street, NW Eighth Floor
Washington, DC 20001

*Counsel for Sierra Club (D.C. Cir., No. 25-1147)*

THOMAS PULHAM

/s/ Steven H. Hazel
STEVEN H. HAZEL
*Attorneys, Appellate Staff*
*Civil Division, Room 7217*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-2498*

*Counsel for respondents National Highway Traffic Safety Administration, Peter Simshauser, Department of Transportation, Sean Patrick Duffy*

July 1, 2025

U.S. Department of Justice

14001 CIV/APP
Washington, D.C. 20530

Official Business
Penalty for Private Use $300

Office of the Clerk
U.S. Court of Appeals for the First Circuit
U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

FIRST CLASS