# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1595          **Short Title:** California v. NHTSA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Minnesota _____ as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✔] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/Peter N. Surdo _____     07/23/2025 _____
Signature                                                Date

Peter N. Surdo _____
Name

Minnesota Attorney General's Office     (651) 757-1061 _____
Firm Name (if applicable)                        Telephone Number

445 Minnesota St., Suite 600 _____     _____
Address                                                  Fax Number

St. Paul, MN 55101 _____     peter.surdo@ag.state.mn.us _____
City, State, Zip Code                               Email (required)

Court of Appeals Bar Number: 1218389 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____
=======================================================================
    **Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

    **Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).