IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| State of California, et al.,<br>　　Petitioners,<br><br>　　　　v.<br><br>United States National Highway Traffic<br>　Safety Administration, et al.,<br>　　Respondents. | Nos. 25-1595, 25-1642,<br>25-8019 |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD**

Respondents respectfully move for an extension of time, to and including August 29, 2025, within which to file the administrative record in these three cases. This motion is unopposed.

1. The petitioners in these cases seek review of an interpretive rule issued by the Department of Transportation's National Highway Traffic Safety Administration. *See* Resetting the Corporate Average Fuel Economy Program, 90 Fed. Reg. 24,518 (June 11, 2025). By order of the Judicial Panel on Multidistrict Litigation, the cases were assigned to this Court.

2. In Case No. 25-1595, the administrative record is currently due on July 30, 2025. In Case No. 25-1642, the administrative record is currently

due on August 18, 2025. And in Case No. 25-8019, the administrative record is currently due on August 25, 2025.

3. The government requires additional time to assemble the administrative record. In addition, because these cases involve challenges to the same interpretive rule, it would be appropriate for the deadline for filing the administrative record to be the same in each case. Accordingly, the government respectfully requests that the deadline be extended through August 29, 2025, in all three case numbers. This would represent a 4-day extension in Case No. 25-8019, an 11-day extension in Case No. 25-1642, and a 30-day extension in Case No. 25-1595.

4. Counsel for petitioners have authorized us to state that petitioners do not oppose this motion.

Respectfully submitted,

THOMAS PULHAM

*/s/ Steven H. Hazel*
STEVEN H. HAZEL
  202.514.2498
  Attorneys, Appellate Staff
  Civil Division, Room 7217
  Department of Justice
  950 Pennsylvania Ave. NW
  Washington, D.C. 20530

July 2025

# CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d) because it has been prepared in 14-point CenturyExpd BT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 241 words, according to the count of Microsoft Word.

/s/ *Steven H. Hazel*
Steven H. Hazel

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I filed and served the foregoing document with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. The participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                                  */s/ Steven H. Hazel*
                                                  Steven H. Hazel