# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1595     **Short Title:** State of California, et al v. Nat

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New Mexico                                                                 as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✔] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Anjana Samant
Signature

August 1, 2025
Date

Anjana Samant
Name

New Mexico Department of Justice
Firm Name (if applicable)

505-270-4332
Telephone Number

408 Galisteo St.
Address

505-490-4883
Fax Number

Santa Fe, NM 87501
City, State, Zip Code

asamant@nmdoj.gov
Email (required)

Court of Appeals Bar Number: 1144702

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).