IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| State of California, et al.,<br>  Petitioners,<br><br>v.<br><br>United States National Highway Traffic<br> Safety Administration, et al.,<br>  Respondents. | Nos. 25-1595, 25-1642,<br>25-8019 |

**UNOPPOSED MOTION TO TOLL THE DEADLINE FOR FILING THE ADMINISTRATIVE RECORD**

Respondents respectfully request that the deadline for filing the administrative record be tolled until the Court rules on a forthcoming motion to hold these cases in abeyance. This motion is unopposed.

1. The petitioners in these cases seek review of an interpretive rule issued by the Department of Transportation's National Highway Traffic Safety Administration. *See* Resetting the Corporate Average Fuel Economy Program, 90 Fed. Reg. 24,518 (June 11, 2025). By order of the Judicial Panel on Multidistrict Litigation, the cases were assigned to this Court. This Court subsequently consolidated the cases.

2. On the government's motion, on July 25, 2025, this Court extended the time to file the administrative record in all three cases to August 29, 2025. The Court has not yet established a briefing schedule or any other deadlines.

3. The government respectfully requests that the deadline for filing the administrative record be tolled. The parties are currently discussing whether to file a joint motion to hold these cases in abeyance. If the parties do not reach agreement, the government expects to file an abeyance motion in the near future. If this Court grants the abeyance motion, the deadline for filing the administrative record would be terminated and would be reset only after the cases are removed from abeyance. To avoid the unnecessary use of government resources, the government respectfully requests that the administrative record deadline be tolled until the Court rules on the forthcoming abeyance motion.

4. Counsel for petitioners have authorized us to state that petitioners do not oppose the relief requested in this motion.

                                        Respectfully submitted,

                                        THOMAS PULHAM

                                      <u>/s/ *Steven H. Hazel*</u>
                                      STEVEN H. HAZEL
                                          202.514.2498
                                          Attorneys, Appellate Staff
                                          Civil Division, Room 7217
                                          Department of Justice
                                          950 Pennsylvania Ave. NW
                                          Washington, D.C.  20530

August 2025

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d) because it has been prepared in 14-point CenturyExpd BT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 272 words, according to the count of Microsoft Word.

                                                 */s/ Steven H. Hazel*
                                               Steven H. Hazel

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I filed and served the foregoing document with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. The participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                                    */s/ Steven H. Hazel*
                                                    Steven H. Hazel