UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| State of California, et al.,<br><br>Petitioners,<br><br>v.<br><br>National Highway Traffic Safety Administration, et al.,<br><br>Respondents. | Nos. 25-1595, 25-1642, 25-1846, 25-8019 |

**Notice of Substitution of Counsel**

Please take notice that Steven H. Hazel and Thomas Pulham withdraw as counsel of record for Respondents and are replaced by Sue Chen.

Submitted on October 13, 2026.

*/s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Energy & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-5334
Sue.Chen@usdoj.gov

**Certificate of Service**

I certify that on October 13, 2026, I filed this notice using the Court's CMS/ECF system, which will notify each party.

*/s/ Sue Chen*
Sue Chen