# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1595& consol case **Short Title:** California v. NHTSA

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
NHTSA; Peter Simshauser, NHTSA Chief Counsel; Sean Duffy, DOT Secretary as the

[ ] appellant(s) [ ] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [✓] respondent(s) [ ] intervenor(s)

/s/ Sue Chen
Signature

14 October 2026
Date

Sue Chen
Name

U.S. Department of Justice
Firm Name (if applicable)

202.598.5334
Telephone Number

150 M Street NE
Address

Fax Number

Washington DC 20002
City, State, Zip Code

sue.chen@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1226761

Has this case or any related case previously been on appeal?

[ ] No [✓] Yes Court of Appeals No. 26-2120 (tagged as related by court)

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).